THE STATE OF NEW JERSEY, ON COMPLAINT OF THE COMMISSIONER OF BANKING AND INSURANCE, PLAINTIFF-APPELLANT, v. IRVING MORESH, DEFENDANT-RESPONDENT.

Submitted October 28, 1938—Decided January 13, 1939.

For the State of New Jersey, appellant, *David T. Wilentz,* attorney-general *(Louis J. Cohen,* assistant attorney-general, of counsel).

For the respondent, *William Boorstein (Julius Lichtenstein,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Oliphant.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, JJ. 10.

*For reversal*—PARKER, CASE, BODINE, DONGES, RAFFERTY, WALKER, JJ. 6.